NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY LEANG JONES, | ) | C 11-01240 JF (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) ) | |
| R. LOPEZ, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a 2008 parole hearing. Petitioner is currently confined at the California State Prison - Corcoran I in Corcoran of Kings County, which is located within the venue of the Eastern District of California. 28 U.S.C. § 84(b).

Venue in a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Accordingly, this case is TRANSFERRED to the United States District Court for the

1   Eastern District of California, the location of Petitioner's confinement.  See 28 U.S.C. §
2   1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not rule upon
3   Petitioner's pending motions to proceed in forma pauperis. (Docket Nos. 2 & 4).
4       The Clerk shall terminate all pending motions and transfer the entire file to the
5   Eastern District of California.
6       IT IS SO ORDERED.
7   DATED: 5/2/11  _____
8                   JEREMY FOGEL
                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY L JONES,

        Petitioner,

v.

R LOPEZ, Warden,

        Respondent.

Case Number: CV11-01240 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/11/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Leang Jones B-71557
California State Prison-Corcoran I
P.O. Box 3456
Corcoran, CA 93212-3456

Dated:  5/11/11

                                                            Richard W. Wieking, Clerk